UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SLIDELL CITY | CIVIL ACTION |
| VERSUS | NO: 19-145256 |
| TA OPERATING, LLC | SECTION: "D"(2) |

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 14 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, December 13, 2019

By Direction of the Court

*Margue Palmer*

WILLIAM W. BLEVINS